UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID AGUILAR, | ) No. CV 05-01099-VBK |
| | ) |
| Plaintiff, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**.

It is also ordered that the Commissioner's Motion for Summary Judgment is **GRANTED** and the action is hereby dismissed with prejudice.


DATED:  October 25, 2005

                                     /s/
                            VICTOR B. KENTON
                            UNITED STATES MAGISTRATE JUDGE